# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**STEVE MONTANO,**

      **Plaintiff/Counter-defendant,**

**v.**                                                 **No. 13-cv-1149 KBM/SMV**

**GEORGE GARY DUNCAN,**

      **Defendant/Counterclaimant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      April 23, 2014, at 9:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

      A telephonic status conference is hereby set for **April 23, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

      **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.