IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVE MONTANO,

    Plaintiff/Counter-defendant,

v.                                                               No. 13-cv-1149 KBM/SMV

GEORGE GARY DUNCAN,

    Defendant/Counterclaimant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:     September 24, 2014, at 9:30 a.m.

    **Matter to be heard**:   Status Conference

A telephonic status conference is hereby set for **September 24, 2014, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.